# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 28, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

   Re: Jose Zamarripa Alvarado
     v. Texas
     No. 15-5828
     (Your No. WR-73,133-03)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on January 16, 2015 and placed on the docket August 28, 2015 as No. 15-5828.

       Sincerely,

       Scott S. Harris, Clerk

       by

       Jacob C. Travers
       Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk